UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ZAMAN KHAN,

               Plaintiff,

               -against-

ABC IMAGING OF WASHINGTON, INC., et al.,

               Defendants.

-------------------------------------------------------------x

21-CV-10650 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The initial case management conference scheduled for March 3, 2022, is adjourned *sine die*. Plaintiff is directed to comply with Judge Engelmayer's individual rules in any motion for Default Judgment against the defendants. *See* Paul A. Engelmayer Individual Rules, Section 3.M.

Plaintiff is further directed to serve a copy of this Order on both defendants and file proof of service on the docket.

**SO ORDERED.**

Dated: March 1, 2022
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge