UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAMAN KHAN,

    Plaintiff,

  -against-

ABC IMAGING OF WASHINGTON, INC., et al.,

    Defendants.

---

21-CV-10650 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

 Having been advised that the parties have reached a settlement (ECF 39), the parties shall jointly submit a proposed settlement agreement for approval by **January 25, 2023**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorneys' fees.

  **SO ORDERED.**

Dated: January 5, 2023
   New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge