**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
ZAMAN KHAN, :
                       Plaintiff, :
      -against- :    21-CV-10650 (OTW)
: 
:    **OPINION & ORDER**
: 
ABC IMAGING OF WASHINGTON, INC. et al., :
                      Defendant. :
: 
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 43). The Court has reviewed ECF 43, and finds that the proposed settlement is fair and reasonable.

The Clerk is respectfully directed to close the case.

**SO ORDERED.**

Dated: November 8, 2023                                     *s/ Ona T. Wang*
       New York, New York                              **Ona T. Wang**
                                                               United States Magistrate Judge